of Appeal, Second Circuit, Parish of Caddo. 163 So.2d 438.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

∎

165 So.2d 479

**TAYLOR CONTRACTING & SUPPLY COMPANY**

**v.**

**AMERICAN MUTUAL LIABILITY INSURANCE COMPANY.**

**No. 47297.**

June 26, 1964.

In re: Taylor Contracting & Supply Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 163 So. 2d 450.

Writ refused. On the facts found by the Court of Appeal the result is correct.

SANDERS, J., is of the opinion that the accident occurred when the roof fell. Hence, the insured event occurred during the term of the policy coverage. He is of the opinion that the writ should be granted because of this error of law.